# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

     Plaintiff,

v.

MR. MAGGLE, MR. WOLF,
MR. BRAASCH, MR. NEAU, MR. KRAMER,
MR. KRISBAHER, MR. PUHL,
MR. BORKOWSKY, MR. SCHLIEVE,
MR. JENNERJOHN, MR. JAMES ZANON,
MR. DOGENIAS, MR. SCHMITZ,
MR. ALLEN, MS. JESSICA HINMAN,
MR. STANCKE, MR. SCHROEDER,
MR. KAREN, MR. HUNT, MR. TESS,
MR. NICHOLSON, MR. IERONIMO,
MR. LEHMAN, MR. SCHACT,
MR. TONEY, MS. SANDY HABECK,
MR. DUDEK, MR. DUKELOW,
MR. POTRATZ, MR. DREXLER,
MR. SCHALLER, MR. JOHNSON,
MR. JOHNSON, MR. SZESTERIAK,
MR. LAMPE and MR. HUBERTY,

     Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-78-bbc

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff James Grant leave to proceed on any of the claims raised in his complaint pursuant to the sanction orders against him and dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

3/19/2014

Date