IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES E. GRANT,

                                                        ORDER

                Plaintiff,

                                                     14-cv-78-bbc

       v.

MR. MAGGLE, MR. WOLF, MR. BRAASCH,
MR. NEAU, MR. KRAMER, MR. KRISBAHER,
MR. PUHL, MR. BORKOWSKY, MR. SCHLIEVE,
MR. JENNERJOHN, MR. JAMES ZANON,
MR. DOGENIAS, MR. SCHMITZ, MR. ALLEN,
MS. JESSICA HINMAN, MR. STANCKE,
MR. SCHROEDER, MR. KAREN, MR. HUNT,
MR. TESS, MR. NICHOLSON, MR. IERONIMO,
MR. LEHMAN, MR. SCHACT, MR. TONEY,
MS. SANDY HABECK, MR. DUDEK, MR. DUKELOW,
MR. POTRATZ, MR. DREXLER, MR. SCHALLER,
MR. JOHNSON, MR. JOHNSON, MR. SZESTERIAK,
MR. LAMPE and MR. HUBERTY,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated March 19, 2014, I dismissed this case on the ground that it violated 28 U.S.C. § 1915(g) as well as a sanctions order imposed by this court in a previous case. Dkt. #5. Nine months later, plaintiff James Grant has filed what he calls, "motion for reconsideration and motion to proceed." Dkt. #6. However, his motion consists of nothing more than conclusory allegations that defendants have violated his rights. Because he has not identified any reason why he is entitled to relief from the judgment, IT IS ORDERED

1

that his motion for reconsideration is DENIED.

    Entered this 4th day of February, 2015.

                                   BY THE COURT:

                                   /s/

                                   BARBARA B. CRABB
                                   District Judge